UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
SHIRLYN SUMMERS, as Mother and Natural Guardian, of Infant, D.B. and SHIRLYN SUMMERS, Individually,

                              Plaintiffs,

-against-

LONG BEACH CITY SCHOOL DISTRICT a/k/a LONG BEACH PUBLIC SCHOOLS, LISA WEITZMAN, JEAN MARIE LILLEY, LAUREN SCHNEIDER, SABRINA CANTORE, VINCENT RUSSO, DR. RANDIE BERGER, DR. MICHELE NATALI, DAVID WEISS, in their individual and official capacities and JOHN AND JANE DOE'S 1-20, whose identities are unknown at present,

                              Defendants.
------------------------------------------------------------------------x

Civil Action No. 17-cv-1495

**NOTICE OF APPEARANCE**

S I R S:

      PLEASE TAKE NOTICE, that defendants, LISA WEITZMAN, JEAN MARIE LILLEY and LAUREN SCHNEIDER, hereby appear in the above-entitled action, and that the undersigned has been retained as Attorneys for said Defendants and demand that all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: Uniondale, New York
         March 20, 2017

                                      CONGDON, FLAHERTY, O'CALLAGHAN,
                                      REID, DONLON, TRAVIS & FISHLINGER

                                      By: _____
                                          Laura A. Endrizzi (0988)
                                      *Attorneys For Defendants – LISA WEITZMAN,*
                                      *JEAN MARIE LILLEY and LAUREN SCHNEIDER,*
                                      *in their individual and official capacities*
                                      333 Earle Ovington Boulevard - Suite 502
                                      Uniondale, New York 11553-3625
                                      (516) 542-5900

TO: JONATHAN C. MESSINA, ESQ.
*Attorney for Plaintiffs*
LEEDS BROWN LAW, P.C.
One Old Country Road, Suite 347
Carle Place, New York 11514
(516) 873-9950

JASON P. SULTZER, ESQ.
*Co-Counsel for Plaintiffs*
The Sultzer Law Group
85 Civic Center Plaza, Suite 104
Poughkeepsie, New York 12601
(845) 483-7100

SILVERMAN & ASSOCIATES
*Attorneys for Defendants LONG BEACH*
*PUBLIC SCHOOLS, SABRINA CANTORE,*
*VINCENT RUSSO, DR. RANDIE BERGER,*
*DR. MICHELLE NATALI and DAVID WEISS*
Office & P.O. Address
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
(914) 574-4510