UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SHIRLYN SUMMERS, as Mother and Natural Guardian
of Infant, D.B. and SHIRLYN SUMMERS, Individually,

**Docket No.: 17 CV 1495**

                        Plaintiffs,

-against-

**PLAINTIFF'S DEMAND FOR JURY TRIAL**

LONG BEACH CITY SCHOOL DISTRICT a/k/a LONG
BEACH PUBLIC SCHOOLS, LISA WEITZMAN, JEAN
MARIE LILLEY, LAUREN SCHNEIDER, SABRINA
CANTORE, VINCENT RUSSO, DR. RANDI BERGER,
DR. MICHELE NATALI, DAVID WEISS, in their
Individual and Official Capacities and JOHN
AND JANE DOE'S 1-20, whose identities are unknown
at present,

                      Defendants.
------------------------------------------------------------------------X

      **PLEASE TAKE NOTICE**, that plaintiff demands a trial by jury on all issues in this action.

Dated: Carle Place, New York
       March 27, 2017

Yours truly,

**LEEDS BROWN LAW, P.C.**
One Old Country Road, Ste. 347
Carle Place, NY 11514
Tel: (516) 873-9550
Fax: (516) 747-5024
jmessina@leedsbrownlaw.com

               _____/s/_____
                      Jonathan Messina

Adam Richard Gonnelli  
The Sultzer Law Group  
85 Civic Center Plaza  
Suite 104  
Poughkeepsie, NY 12601  
845-483-7100  
Fax: 888-749-7747  
Email: agonnelli@thesultzerlawgroup.com

To: Lewis R. Silverman, Esq. (via ECF)  
Silverman & Associates  
445 Hamilton Avenue, Suite #1102  
White Plains, New York 10601

Laura A. Endrizzi, Esq. (via ECF)  
Congdon, Flaherty, O'Callaghan, Reid, Donlon, Travis & Fishlinger  
333 Earle Ovington Boulevard, Suite 502  
Uniondale, New York 11553-3625