

NEW YORK | PENNSYLVANIA | NEW JERSEY | CALIFORNIA

May 8, 2019

**VIA ECF**
The Honorable Judge Sandra Feuerstein
United States District Court
Eastern District of New York
United States Courthouse
100 Federal Plaza
Central Islip, NY 11722

      Re:    **Summers, Shirlyn et al. v. Long Beach City School District, et al**
             **Case No.: 17-cv-01495 (SJF)(AYS)**

Dear Judge Feuerstein:

    We represent Plaintiff in the above-captioned matter. As the Court is aware, this matter was closed on December 13, 2017 pending issuance of a decision in a relevant New York State Education Law 3020-a proceeding. Because no decision in that proceeding had yet been issued, the deadline to reopen the case was recently extended to August 30, 2019 (Dkt. 24).

    On March 31, 2019, the Hearing Officer published his decision in the 3020-a proceeding. The redacted version of the Hearing Officer's Opinion and Award was recently made available to the public and reviewed by the undersigned.

    The Hearing Officer sustained three charges against teacher Lisa Weitzman and recommended a penalty of dismissal. Ms. Weitzman's termination was reviewed and upheld at a special meeting of the School Board in April.

    Based on the foregoing, I respectfully request that the above-referenced matter be reopened and calendared for a conference in order to schedule discovery and other deadlines.

    I thank the Court for its attention to this matter.

                                 Very truly yours,

                             **THE SULTZER LAW GROUP P.C.**

                             /s/ Jason P. Sultzer

cc: Counsel of record (via ECF)