**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| SHIRLYN SUMMERS, as Mother and Natural Guardian of Infant, D.B. and SHIRLYN SUMMERS, Individually,<br><br>   *Plaintiffs,*<br><br>v.<br><br>LONG BEACH CITY SCHOOL DISTRICT, a/k/a LONG BEACH PUBLIC SCHOOLS, LISA WEITZMAN, JEAN MARIE LILLEY, LAUREN SCHNEIDER, SABRINA CANTORE, VINCENT RUSSO, DR. RANDIE BERGER, DR. MICHELE NATALI, DAVID WEISS, in their Individual and Official Capacities, and JOHN AND JANE DOE'S 1-20, whose identities are unknown at present,<br>   *Defendants.* | Case No.: 17-cv-01495(SJF)(AYS)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned attorney appears as counsel of record for plaintiffs SHIRLYN SUMMERS and Infant D.B. The undersigned certifies that they are admitted to practice in this Court, and requests that all notices, pleadings, and other documents given or filed in the above-captioned action be given and served upon the undersigned attorney.

Dated: New York, New York
   May 13, 2019

                    Respectfully submitted,

                    **THE SULTZER LAW GROUP P.C.**

                    /s/ Jeremy Francis
                By:_____
                  Jeremy Francis
                  351 West 54th Street, Unit 1C
                  New York, NY 10019
                  Telephone: (212) 969-7812
                  Facsimile: (888) 749-7747
                  francisj@thesultzerlawgroup.com

                  *Attorneys for Plaintiffs SHIRLYN SUMMERS and Infant D.B.*