# CIVIL CAUSE FOR STATUS CONFERENCE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 14 2019 ★

LONG ISLAND OFFICE

## BEFORE: JUDGE FEUERSTEIN

DATE: May 14, 2019          TIME: 30 MINUTES

CASE NUMBER:    2:17-cv-01495-SJF-AYS

CASE TITLE:     Summers et al v. Long Beach City School District et al

PLTFFS ATTY:    Jason Sultzer and Gerard Misk
                 X  present          ___ not present

DEFTS ATTY:     John Flaherty and Jennifer Robinson
                 X  present          ___ not present

COURT REPORTER:

COURTROOM DEPUTY: Bryan Morabito

X    CASE CALLED.

_    HEARING HELD/ CONT'D TO _____.

_    ORDER ENTERED ON THE RECORD.

OTHER: Outstanding discovery is respectfully referred to the assigned magistrate judge. All discovery shall be complete by 2/18/2020.   A pretrial conference is scheduled before Judge Feuerstein on 5/18/2020 at 11:15 am.