**LEEDS BROWN LAW, P.C.**
One Old Country Road, Ste. 347
Carle Place, NY 11514
(516) 873-9550

_____ *Attorneys at Law* _____

January 6, 2021

<u>Via ECF</u>

Honorable Judge Gary R. Brown
United Stated District Judge, EDNY
100 Federal Plaza
Central Islip, NY 11722

**Re:** Summers, et al. v. Long Beach City School District, et al.
2:17-cv-01495

Dear Judge Brown:

    This office represents the Plaintiffs in the above action. I am writing to update the Court on the status of the litigation. After attending mediation before Hon. Peter B. Skelos (Ret.), the parties agreed on a settlement in principle. However, during the course of the litigation Plaintiff D.B. turned 18. As D.B. is severely disabled and unable to care for herself, we have filed a Petition with the Nassau County Surrogate's Court for D.B.'s mother, Shirlyn Summers, to be appointed as her guardian, so Ms. Summers (who is also a Plaintiff in this action) can execute a settlement on D.B.'s behalf and care for her other needs. That petition (Index no. 2020-4424) is currently pending before the Surrogate's Court. The Surrogate's Court has informed us, however, that guardianship petitions are significantly backlogged due to COVID-19.

    Once Ms. Summers is appointed as D.B.'s guardian we plan to make an application pursuant to Local Rule 83.2 for this Court's permission to settle the matter on D.B.'s behalf.

    We will keep the Court updated on developments in the Surrogate's Court.

                                                                                Respectfully submitted,

                                                                                Andrew Costello

Cc: Opposing Counsel (Via ECF)